McGREGOR W. SCOTT
United States Attorney
KATHERINE E. SCHUH
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RUSSELL WILLIAMS, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 1:20-CR-00093-NONE-SKO<br><br>**UNDER SEAL**<br><br>APPLICATION TO REISSUE ARREST WARRANT |

On November 5, 2020, a grand jury returned a superseding indictment against Russell Williams and several co-defendants in the above-captioned matter, charging them each with drug trafficking offenses in violation of 21 U.S.C. §§ 846, 841(a)(1). (Doc. 96.) Based on the indictment, an arrest warrant issued for Russell Williams. Russell Williams has not yet been apprehended by law enforcement. However, due to a clerical error, the arrest warrant for Russell Williams was returned executed and the return was filed with the Court. Therefore, the arrest warrant for Russell Williams is no longer active. Because the arrest warrant for Russell Williams should not have been returned executed, the government requests that the Court issue a new arrest warrant for Russell Williams based on the November 5, 2020 indictment.

\\\

\\\

\\\

Premature disclosure of the contents of this application and proposed order may interfere with law enforcement's ability to apprehend Russell Williams. Therefore, the government requests that this application and the Court's order thereon remain under seal until Williams is arrested and brought before the Court.

Dated: December 22, 2020

Respectfully Submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

By *Katherine E. Schuh*
KATHERINE E. SCHUH
ASSISTANT U.S. ATTORNEY

## [~~PROPOSED~~] ORDER

Based upon the representation contained in the government's Application to Reissue Arrest Warrant pertaining to defendant Russell Williams, and good cause appearing, IT IS HEREBY ORDERED that a new arrest warrant shall issue as to Russell Williams. Good cause appearing, the government's application, this order, and the new arrest warrant shall be filed under seal. The Court, having received information that "SEALED* ARREST WARRANT RETURNED Executed on 12/17/2020 as to Russell Williams" was entered in error, hereby directs the Clerk to strike Doc. 112.

Dated: December 22, 2020

HON. BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE

2