IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>JOSE AVALOS CASTRO ET AL.<br><br>                              Defendants. | CASE NO.  1:20-CR-00093-NONE-SKO<br><br>ORDER UNSEALING INDICTMENT |

The United States having applied to seal the indictment and arrest warrants in the above-captioned proceedings and having applied for the indictment and warrants to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation, and the arrest warrants now having been executed as to all defendants and the need for sealing has ceased;

IT IS ORDERED that the indictment and arrest warrants filed in the above-entitled matter shall be unsealed.

IT IS SO ORDERED.

Dated:   **January 25, 2021**                    /s/ Barbara A. McAuliffe
                                                          UNITED STATES MAGISTRATE JUDGE

Order Unsealing Indictment and Arrest Warrants

1