IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JOSE BALDEMAR AVALOS CASTRO, et al.,<br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) | 1:20-cr-00093-NONE-SKO |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>REYNALDO VILLANUEVA,<br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) | 1:20-cr-00094-NONE-SKO |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>PEDRO DURAN,<br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) | 1:20-cr-00096-NONE-SKO |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>RAMIRO CISNEROS-MONJE, et al.,<br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) | 1:20-cr-00159-DAD-BAM<br><br>**New Case Number:**<br>**1:20-cr-00159-NONE-SKO**<br><br>**ORDER REASSIGNING CASES FOR ALL PURPOSES** |

Pusuant to the filing of the Notice of Related Cases in case numbers 1:20-cr-00093-NONE-SKO, 1:20-cr-00094-NONE-SKO, 1:20-cr-00096-NONE-SKO and 1:20-cr-00159-DAD-BAM on February 12, 2020;

Case number 1:20-cr-00159-DAD-BAM is transferred to the docket of District Judge Dale A. Drozd and Magistrate Judge Sheila K. Oberto to effect a savings of judicial effort and judicial economy.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:20-cr-00159-NONE-SKO**

IT IS SO ORDERED.

Dated:   **February 16, 2021**                   /s/ Dale A. Drozd
                                                UNITED STATES DISTRICT JUDGE