HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RUSSELL WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　*Plaintiff*,<br><br>　vs.<br><br>RUSSELL WILLIAMS,<br><br>　　　　　　　*Defendant*. | Case No. 1:20-cr-00093-JLT-SKO<br><br>UNOPPOSED APPLICATION FOR ORDER EXTENDING SURRENDER DATE; ORDER<br><br>Judge:  Hon. Jennifer L. Thurston |

　　　　Russell Williams requests an extension of time for surrender to the United States Bureau of Prisons (BOP) to commence service of his term of incarceration. His current surrender date is April 3, 2024. Mr. Williams requests that his surrender date be continued to April 31. 2024, with all pretrial terms and conditions remaining in full force and effect pending surrender. Mr. Williams brother, Benny Williams, passed away on March 28, 2024. This extension is requested to allow time for the family to celebrate Benny Williams' life before Russell Williams surrenders to the BOP to serve his term of confinement. Undersigned counsel has conferred with AUSA Justin Gilio and Pretrial Services Officer Evette Perez. Neither has any opposition to Mr. Williams's request.

　　　　On January 16, 2024 Mr. Williams appeared before this court for sentencing. (Doc. 238).

1  The court imposed a 26-month custodial term and directed Mr. Williams to self-surrender to the
2  facility designated by the BOP or the United States Marshals by noon on April 3, 2024. Mr.
3  Williams had remained out of custody and complied with all conditions of pretrial release for
4  nearly 36 months prior to sentencing. Mr. Williams's supervising pretrial services officer reports
5  that during the two-plus months since sentencing Mr. Williams has continued to comply with all
6  conditions of release without any issues or problems. The Court has already determined Mr.
7  Williams is not a flight risk or a danger to the community as it previously ordered that he be
8  allowed to self-surrender.
9      Based on the foregoing, defendant Williams, requests that his surrender date to the
10 United States Bureau of Prisons be extended to April 31, 2024, to allow additional time for his
11 family to celebrate the life of his deceased brother, Benny Williams.
12     Dated: April 1, 2024

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
RUSSELL WILLIAMS

**ORDER**

**IT IS SO ORDERED**. Russell Williams shall self-surrender to the facility designated by the United States Bureau of Prisons, or to the United States Marshals in Fresno, California by 12:00 p.m. on April 31, 2024. All terms and conditions of pretrial release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **April 1, 2024**

UNITED STATES DISTRICT JUDGE