HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RUSSELL WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00093-JLT-SKO |
| *Plaintiff*, | UNOPPOSED AMENDED APPLICATION FOR ORDER EXTENDING SURRENDER DATE;  ORDER |
| vs. | |
| RUSSELL WILLIAMS, | Judge:  Hon. Jennifer L. Thurston |
| *Defendant*. | |

Russell Williams requests an extension of time for surrender to the United States Bureau of Prisons (BOP) to commence service of his term of incarceration. His current surrender date is May 1, 2024. Mr. Williams requests that date be continued to May 22. 2024, with all pretrial terms and conditions remaining in full force and effect pending surrender. Mr. Williams brother, Benny Williams, passed away on March 28, 2024. This matter was previously extended to May 1 allow time for a funeral and celebration of Benny's life before Russell Williams surrenders to the BOP to serve his sentence. Due to unanticipated delays the service has been scheduled for May 11, 2024. Mr. Williams is requesting an additional three-week continuance to May 22, 2024, to allow time to attend his brother's service and to travel to his designated BOP facility is in Minnesota. Undersigned counsel has conferred with AUSA Justin Gilio and Pretrial Services Officer Evette Perez. Neither has any opposition to Mr. Williams's request.

On January 16, 2024 Mr. Williams appeared before this court for sentencing. (Doc. 238). The court imposed a 26-month custodial term and allowed Mr. Williams to self-surrender to the facility designated by the BOP for service of his sentence. Mr. Williams had remained out of custody and complied with all conditions of pretrial release for nearly 36 months prior to sentencing. During the three-plus months since sentencing Mr. Williams has continued to comply with all conditions of release with no problems. The Court previously determined Mr. Williams is not a flight risk or a danger to the community when it ordered that he be allowed to self-surrender.

Based on the foregoing, defendant Williams, requests that his surrender date to the United States Bureau of Prisons be extended to May 22, 2024, to allow additional time for his family to celebrate the life of his deceased brother, Benny Williams.

Dated: April 29, 2024

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
RUSSELL WILLIAMS

**ORDER**

**IT IS SO ORDERED**. Russell Williams shall self-surrender to the facility designated by the United States Bureau of Prisons, or to the United States Marshals in Fresno, California by 12:00 p.m. on May 22, 2024. All terms and conditions of pretrial release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **April 29, 2024**

_____
UNITED STATES DISTRICT JUDGE