# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL WILLIAMS,<br><br>Defendant. | Case No. 1:20-cr-00093-JLT-SKO-3<br><br>ORDERING DISCHARGING ORDER TO SHOW CAUSE AND EXONERATING BOND AND DIRECTING CLERK OF COURT TO RECONVEY CASH BOND TO SURETY |

A detention hearing as to Defendant Russell Williams was held on January 26, 2021. (ECF No. 135.)  Defendant was ordered released with conditions, including a $3,500.00 cash bond. (ECF No. 136.)  On January 28, 2021, Stephanie Oliver posted a cash bond in the amount of $3,500.00 (Receipt # CAE100047498).  (ECF No. 138.)  The Defendant was advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (ECF No. 137 at 2.)

On October 10, 2023, Defendant entered a guilty plea to a charged offense pursuant to a written plea agreement.  (ECF Nos. 199, 214.)  On January 16, 2024, Defendant was sentenced to a custodial term of 26 months and was ordered to self-surrender.  (ECF Nos. 239, 245.) Defendant has reported to serve his sentence.

On June 24, 2025, the Court ordered that the Government show cause in writing why the bond should not be released to the surety.  (ECF No. 275.)  The same day, the Government filed a non-opposition to the return the bond to the surety. (ECF No. 276.)

The Court finds that Russell Williams has complied with the conditions of his bond and that no conditions remain to be satisfied.

Accordingly, IT IS ORDERED THAT the Court's order to show cause (ECF No. 275) is DISCHARGED and the $3,500.00 cash bond posted by Stephanie Oliver on behalf of Russell Williams is exonerated. The Clerk of Court is DIRECTED to serve a copy of this order and return the $3,500.00 cash bond to Stephanie Oliver at the address on record.

IT IS SO ORDERED.

Dated: **June 26, 2025**

STANLEY A. BOONE
United States Magistrate Judge